|   |   |
|---|---|
| | Judge Mary Jo Heston<br>Chapter 7 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>JERI LEE MATTHEWS,<br><br>Debtor. | No. 15-40902- MJH<br><br>UNITED STATES TRUSTEE'S<br>*EX PARTE* MOTION TO REOPEN<br>CHAPTER 7 CASE |

The United States Trustee, pursuant to 11 U.S.C. § 350 (b), Fed. R. Bank. P. 5010, and Local Rule 5010-1, moves *ex parte* that this Court enter an order reopening the above-captioned Chapter 7 case. In support of this motion, the United States Trustee represents and alleges as follows:

1. The United States Trustee has standing to bring this motion pursuant to 11 U.S.C § 307.

2. The United States Trustee brings this motion pursuant to the United States Trustee's authority to supervise the administration of bankruptcy cases under 28 U.S.C. § 586(a)(3).

3. On June 11, 2015, the Court entered an order discharging the trustee and closing the estate.

4. The United States Trustee has received information concerning the existence of additional assets requiring further administration. Accordingly, it is necessary to reopen this case immediately so that the assets may be administered.

5. No notice need be given to the creditors of the United States Trustee's motion under Local Rule 5010-1, because creditors will not be prejudiced by the action.

UNITED STATES TRUSTEE'S
EX PARTE MOTION TO REOPEN
CHAPTER 7 CASE Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 15-40902-MJH    Doc 11    Filed 05/31/17    Ent. 05/31/17 12:31:05    Pg. 1 of 2

1  WHEREFORE, the United States Trustee respectfully requests that this Court enter an order reopening this chapter 7 case and authorizing the United States Trustee to appoint a trustee in this case.

DATED this 31st day of May, 2017.

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee for Region 18

*/s/ Kathryn E. Perkins*
Kathryn E. Perkins, Cal. Bar No. 240149
Attorney for the United States Trustee

UNITED STATES TRUSTEE'S
EX PARTE MOTION TO REOPEN
CHAPTER 7 CASE Page - 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 15-40902-MJH    Doc 11    Filed 05/31/17    Ent. 05/31/17 12:31:05    Pg. 2 of 2